UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENDRICK SACKEY,<br><br>      Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; HUDSON CITY SAVINGS BANK; PHELAN HALLINAN, DIAMOND & JONES, P.C.; JOHN DOES I-X,<br><br>      Defendants. | Civil Action No. 2:15-cv-08341 (SDW)(SCM)<br><br>NOTICE OF APPEARANCE |

Kindly enter the appearance of Kellie A. Lavery, Esq., of the law firm of Reed Smith LLP, as counsel of record for Defendant Wells Fargo Bank, N.A., in the above-captioned matter. Please direct all court notices and correspondence regarding this case to the undersigned.

**REED SMITH LLP**

_/s/ Kellie A. Lavery_
Kellie A. Lavery
Reed Smith LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08540
(609) 524-2071
(609) 951-0824 (fax)
klavery@reedsmith.com

Dated: January 4, 2016